IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MILDRED SPIRES, as next of kin and Administrator of the Estate of JOSEPH SPIRES, deceased plaintiff, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>HOSPITAL CORPORATION OF AMERICA<br><br>     Defendant. | Case No. 06-2137-EFM |

## JOURNAL ENTRY OF DISMISSAL

NOW ON THIS 10th day of November, 2009, this matter comes on before the Court. Plaintiffs and the claimed class of persons represented by plaintiff appear by and through their attorney, Lawrence W. Williamson, Jr. of Williamson Law Firm, LLC, Kansas City, Kansas. Defendant Hospital Corporation of America appears by and through its attorneys, John H. Gibson of Gilliland & Hayes, P.A, Wichita, Kansas; Stephen J. Rodolf of Rodolf & Todd, Tulsa, Oklahoma; and George A. Shannon, Jr. of Shannon, Martin, Finkelstein & Alvarado, Houston, Texas. There are no other appearances.

WHEREUPON, the parties advise the Court that an amicable settlement of this controversy has been reached.

WHEREUPON, the parties to this settlement state to the Court that the contentions of the parties as set forth in the pleadings are the issues of fact and law between the Plaintiffs and Defendant which would have been considered by the jury and Court in this matter. Plaintiffs and Defendant waive trial by jury.

1

THEREUPON, the Court, after reviewing the files and being fully and duly advised in the premises, finds:

1. The Court has jurisdiction over the parties and subject matter of this action.

2. Venue is proper in this Court.

3. A full, final and complete settlement of the issues between Plaintiffs and Defendant has been agreed upon, the terms of which are fully set forth in a written Settlement and Release Agreement, which has been reviewed by the Court In Camera.

4. The settlement is fair, just and equitable and is hereby approved.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED:

a. The findings of the Court shall be made a part of the order and judgment of the Court.

b. This action is dismissed with prejudice as to the plaintiffs Mildred Spires and Theresa A. Adams, as individuals and as administrators of their deceased spouses' respective estates.

c. This action is dismissed without prejudice as to the claimed class of persons being "all others similarly situated" as stated in the pleadings herein.

d. Each settling party shall be responsible for their own costs.

    /s    Eric F. Melgren  
HONORABLE ERIC F. MELGREN  
United States District Court Judge

Approved By:


 S/ Lawrence W. Williamson, Jr.
Lawrence W. Williamson, Jr., # 21282
**WILLIAMSON** LAW FIRM**,** LLC
816 Ann Avenue
Kansas City, KS 66101
*Attorneys for Plaintiffs*



 S/ John H. Gibson
John H. Gibson, #07512
**GILLILAND & HAYES, P.A.**
1300 Epic Center,
301 N. Main Street
Wichita, Kansas  67202-4813

Stephen J. Rodolf, OBA #7702
**RODOLF & TODD**
400 South Boston Avenue, 12th Floor
Tulsa, Oklahoma 74103

AND

George A. Shannon, Jr., TX Bar #18106000
**SHANNON, MARTIN, FINKELSTEIN & ALVARADO**
2400 Two Houston Center
909 Fannin Street
Houston, TX  77010
*Attorneys for Defendant HCA*